FILED IN OPEN COURT

JUL -8 201[?]

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2:11cr111 |
| v. ) | |
| ) | |
| DIANA L. FARMER-FORSTON, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

If this case were to proceed to trial, the evidence presented by the United States would establish the following beyond a reasonable doubt:

1. The defendant, DIANA L. FARMER-FORSTON, was an account manager and bookkeeper for Bennett and Zydron, P.C., a law firm located in Virginia Beach, Virginia, from about March 2005 through February 2011. At all material times, Bennett and Zydron, P.C., was an organization operating in and the activities of which affected interstate commerce.

2. During the period from in or about July 2007 through February 2011, the defendant forged the signature of a principal of said law firm on approximately 210 checks drawn on a bank account of Bennett and Zydron, P.C., totaling $567,075.16. The checks forged by the defendant were made payable to herself (with the exception of a few made payable to a relative) and she made fraudulent entries into the account ledger to make it appear that each check had been issued for a legitimate purpose related to the business of the law firm. She deposited the forged checks into multiple accounts that she maintained at Navy Federal Credit Union.

3. The defendant used the monies that she embezzled for her own personal benefit,

including the funding of investment accounts and the purchases of a 2009 BMW, electronic equipment and other items, as well as to pay personal expenses such as her mortgage. She also lent a substantial sum of money to a co-worker, who executed a promissory note in favor of the defendant.

Neil H. MacBride
United States Attorney

By: *Alan M. Salsbury*
Alan M. Salsbury
Assistant United States Attorney

I hereby stipulate that the above Statement of Facts is true and accurate, and that if this case had proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*Diana L. Farmer-Forston*
Diana L. Farmer-Forston

I have reviewed the above Statement of Facts with Diana L. Farmer-Forston and her decision to stipulate to the accuracy of these facts is an informed and voluntary one.

*Richard J. Colgan*
Richard J. Colgan
Counsel for the defendant

